UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CESAR GARCIA, | ) | No. ED CV 11-01588-JAK (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE SECOND AMENDED |
| CESAR PESKATELA, et al., | ) ) | COMPLAINT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Second Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Second Amended Complaint and the entire action with prejudice.

DATED: June 14, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE